GIRARD H. WAY, APPELLEE, V. GEORGIA CASUALTY COMPANY, APPELLANT.

FILED JANUARY 26, 1922. No. 22442.

Appeal: FINDINGS: REVIEW. Findings of the district court in determining issues of fact in proceedings under the workmen's compensation law will not be disturbed on appeal unless clearly wrong.

APPEAL from the district court for Lancaster county: WILLARD E. STEWART, JUDGE. *Affirmed.*

*Brogan, Ellick & Raymond* and *Casper Y. Offutt,* for appellant.

*H. N. Mattley,* contra.

Heard before MORRISSEY, C. J., LETTON, ROSE, DEAN, ALDRICH, DAY and FLANSBURG, JJ.

ROSE, J.

This is a proceeding under the workmen's compensation law. In a motorcycle accident plaintiff broke his right arm and his right leg and fractured his skull March 3, 1921. He claims he was at the time engaged in the service of his father, C. F. Way, in the capacity of an employee of the Elm Park Grocery, in Lincoln, at $25 a week. Defendant is charged with liability as an insurer. The claim was presented to the compensation commissioner and rejected. Plaintiff appealed to the district court, where he was awarded $645, including $260

for hospital expenses.    He was also allowed $10 a week
for 11 weeks.    From this judgment defendant has ap-
pealed.

Two questions are presented by the appeal:    The first
is that the evidence is wholly insufficient to sustain a
finding that plaintiff was an employee of his father
within the meaning of the workmen's compensation law;
the view of defendant being that plaintiff and his father
were partners in the grocery business.    The second point
is that the evidence fails to show the injuries arose out
of and in the course of the employment of plaintiff, who,
as contended by defendant, was not on duty at the time
of the accident.    These propositions were clearly pre-
sented in the brief of defendant and were ably argued at
the bar, but it is nevertheless the unanimous opinion that
there is a reasonable view of the evidence in which it
sustains the findings of the trial court on both issues of
fact.    The appeal, therefore, is controlled by the familiar
rule that findings of the district court in determining
issues of fact in proceedings under the workmen's com-
pensation law will not be disturbed on appeal unless
clearly wrong.

AFFIRMED.